GREGORY J. TARONE, Appellant, v MADELEINE K. TARONE, Respondent.

Decided October 22, 2009

Reported below, 2009 NY Slip Op 77173(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of VICTOR WOODARD, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted August 31, 2009; decided October 22, 2009

Reported below, 64 AD3d 842.

Motion for leave to appeal granted. Motion for poor person relief granted.